United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIA RAQUEL AYALA-DE MELARA, §
§
Petitioner, §
§
VS. §    CIVIL ACTION NO. 2:26-CV-00197
§
GEORGE BUTCH HEAD, *et al.*, §
§
Respondents. §

## ORDER

Upon review, the undersigned finds it is appropriate to stay this case pending an *en banc* decision by the United States Court of Appeals for the Fifth Circuit in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 2104747, at *1 (5th Cir. July 21, 2026). Oral argument is currently set for September 24, 2026. Accordingly, Respondent's Motion for Summary Judgment is **DENIED without prejudice** to being refiled after the *en banc* decision. (D.E. 16). Respondent is **ORDERED** to file a motion to lift the stay within five (5) days of the *en banc* decision.

ORDERED on August 6, 2026.

Jason B. Libby
United States Magistrate Judge